**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NICOLAS PEREZ, | No. 08-74215 |
| Petitioner, | Agency No. A075-262-309 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 10, 2011[**]

Before:     BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

Nicolas Perez, a native and citizen of Mexico, petitions pro se for review of

the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for cancellation of removal.

We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

the agency's continuous physical presence determination, *Lopez-Alvarado v. Ashcroft,* 381 F.3d 847, 851 (9th Cir. 2004), and we deny the petition for review.

The record does not compel the conclusion that Perez met his burden of establishing continuous physical presence where he failed to provide sufficient evidence supporting his presence from September 1987. *See Singh-Kaur v. INS*, 183 F.3d 1147, 1150 (9th Cir. 1999) (evidence does not compel a conclusion contrary to the agency's where there is "[t]he possibility of drawing two inconsistent conclusions from the evidence") (internal quotation marks and citation omitted).

**PETITION FOR REVIEW DENIED.**